■ ROSEMARIE HARRIS, Appellant, v COUNTY OF NASSAU et al., Respondents, et al., Defendants. [991 NYS2d 356]—In an action, inter alia, to recover damages for malicious prosecution, the plaintiff appeals, as limited by her brief, from so much of an order of the Supreme Court, Nassau County (Phelan, J.), dated April 25, 2012, as granted those branches of the motion of the defendants County of Nassau, Police Officer Brendan Gibbs, Police Officer Thomas McDonough, and Sergeant Charles Dunn which were for summary judgment dismissing the causes of action alleging false arrest, false imprisonment, malicious prosecution, and civil rights violations pursuant to 42 USC § 1983 insofar as asserted against them.

Ordered that the order is affirmed insofar as appealed from, with costs.

The Supreme Court properly granted those branches of the respondents' motion which were for summary judgment dismissing the causes of action alleging false arrest, false imprisonment, malicious prosecution, and civil rights violations pursuant 42 USC § 1983. Under the circumstances presented here, the respondents established, prima facie, that there was probable cause to arrest the plaintiff (*see Rodgers v City of New York*, 106 AD3d 1068 [2013]; *Rivera v County of Nassau*, 83 AD3d 1032 [2011]; *Redmond v City of White Plains*, 77 AD3d 902 [2010]). In opposition, the plaintiff failed to raise a triable issue of fact. Skelos, J.P., Austin, Sgroi and LaSalle, JJ., concur.